**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Damon Daniel MCCURRY, a.k.a.
Antonio Brown, Defendant–
Appellant.**

**No. 08–14513
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 8, 2009.

Damon Daniel McCurry, Coleman, FL, pro se.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

Before BARKETT, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, appointed counsel for Damon Daniel McCurry, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and McCurry's convictions and sentence are **AFFIRMED.**